**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RASHETA BUNTING, Individually and as the representative of a class of similarly situated persons,

                         Plaintiff,

               - against -

POLENE USA, INC.,

                         Defendants.
-------------------------------------------------------------X

Case No.   1:24-cv-6555-NG-VMS

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Rasheta Bunting, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Polene USA, Inc.

Dated: Scarsdale, New York
         January 6, 2025

                                       SHAKED LAW GOUP, P.C.
                                       Attorneys for Plaintiff

                              By: */s/Dan Shaked*
                                 Dan Shaked, Esq.
                                 14 Harwood Court, Suite 415
                                 Scarsdale, NY 10583
                                 Tel. (917) 373-9128
                                 e-mail: ShakedLawGroup@Gmail.com